# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Condemnation by the Commonwealth of Pennsylvania, Department of Transportation, of Right-Of-Way for State Route 0022, Section 034, in the Township of Frankstown | : : : : : : | |
| | : | |
| Stewart M. Merritts, Jr., | : | |
| Appellant | : | |
| | : | |
| v. | : | No. 763 C.D. 2017 |
| | : | |
| Commonwealth of Pennsylvania, | : | |
| Department of Transportation | : | |

**PER CURIAM**                    **O R D E R**


**NOW**, October 15, 2018, it is ordered that the above-captioned Memorandum Opinion, filed February 26, 2018, shall be designated OPINION and shall be REPORTED.